922 A.2d 878

**In re NOMINATION PETITIONS of James H. OWEN for Judge of the Court of Common Pleas, 33rd Judicial District.**

**Petition of Jennifer Blake and Richard Schreckengost.**

Supreme Court of Pennsylvania.

April 30, 2007.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.